UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCHENELLE M. FLORES,<br><br>Defendant. | No. 2:21-cr-00025-TLN<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINE M. IWAMOTO,<br><br>Defendant. | No. 2:21-cr-00193-MCE |

The Court has reviewed the Government's Notice of Related Cases, filed October 13, 2021. Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123 (E.D. Cal. 1997). Under Local Rule 123, two actions are related when they involve the same parties and are based on a same or similar claim; when they involve the same transaction, property, or event; or when they "involve similar questions of fact and the

1

same question of law and their assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort." L.R. 123(a).  Further,

> [i]f the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.

L.R. 123(c).

In the first case, Schenelle M. Flores was charged by criminal information on February 2, 2021, with a wire fraud scheme involving the diversion of funds from the California Department of Public Health, beginning by about December 2017 and continuing until at least about November 2018.  Case No. 2:21-cr-0025-TLN.  Flores entered a guilty plea on February 11, 2021.  (ECF No. 14.)  In the second case, Christine M. Iwamoto has been charged by criminal information with participating in the wire fraud scheme, along with Schenelle Flores, to divert funds from the California Department of Public Health, and also engaging in a money-laundering conspiracy involving proceeds of that wire fraud scheme.  Case No. 2:21-cr-0193-MCE.

Based on the foregoing, the two cases should be related under Local Rule 123 because the cases involve similar claims and overlapping transactions and events.  In addition, both cases are likely to involve similar questions of fact and law.  Accordingly, the Court finds there is sufficient overlap in both cases to merit relating them, and assignment to the same Judge will save judicial resources and effort.

IT IS THEREFORE ORDERED that the action denominated No. 2:21-cr-00193-MCE be reassigned to District Judge Troy L. Nunley, and the caption shall read No. 2:21-cr-00193-TLN.  Any dates currently set in No. 2:21-cr-00193-MCE are hereby VACATED.

October 18, 2021

_____
Troy L. Nunley
United States District Judge

2