UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCHENELLE M. FLORES,<br><br>　　　　Defendant. | No.  2:21-cr-00025-TLN<br><br><br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINE IWAMOTO,<br><br>　　　　Defendant | No. 2:21-cr-00193-TLN |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YVONNE GAIDE,<br><br>　　　　Defendant | No. 2:22-cr-00095-JAM |

1

The Court has reviewed the Government's Notice of Related Cases, filed May 10, 2022. Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123 (E.D. Cal. 1997). Under Local Rule 123, actions are related when they involve the same parties and are based on a same or similar claim; when they involve the same transaction, property, or event; or when they "involve similar questions of fact and the same question of law and their assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort." L.R. 123(a). Further,

> [i]f the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.

L.R. 123(c).

In the first case, Schenelle Flores was charged by criminal information on February 2, 2021, with a wire fraud scheme involving the diversion of funds from the California Department of Public Health, beginning by about December 2017 and continuing until at least about November 2018. (Case No. 2:21-cr-0025-TLN.) Flores entered a guilty plea on February 11, 2021 and was sentenced on March 3, 2022. (Case No. 2:21-cr-0025-TLN, ECF No. 13, 14, 39, 40.) In the second case, Christine M. Iwamoto was charged by criminal information with participating in the wire fraud scheme, along with Schenelle Flores, to divert funds from the California Department of Public Health, and also engaging in a money-laundering conspiracy involving proceeds of that wire fraud scheme. (Case No. 2:21-cr-0193-TLN.) Iwamoto entered a guilty plea on October 28, 2021 and was sentenced on April 7, 2022. (Case No. 2:21-cr-0193-TLN, ECF 18, 20, 34, 39.) In the third case, Yvonne Gaide is charged by criminal information with participating in the wire fraud scheme along with Schenelle Flores and Christine Iwamoto to divert funds from the California Department of Public Health. (Case No. 2:22-CR-0095-JAM, ECF 1.)

In light of the above, while the two cases do not have identical parties, both cases involve similar claims and overlapping transactions and events. In addition, both actions are likely to

involve similar overlapping questions of fact and law such that assignment to the same judge is likely to effect a substantial savings of judicial effort, including through eliminating substantial duplication of labor. L.R. 123(a).

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

IT IS THEREFORE ORDERED that the action denominated 2:22-cr-00095-JAM be reassigned to District Judge Troy L. Nunley, and the caption shall read 2:22-cr-00095-TLN. Any dates currently set in 2:22-cr-00095-JAM are hereby VACATED.

IT IS SO ORDERED.

**DATED:  May 12, 2022**

Troy L. Nunley
United States District Judge